Colleen Sexton, pro se. Jean Barrett Hudson, Office of the United States Attorney, Charlottesville, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Colleen Sexton seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Sexton,* Nos. CR–97–9; CA–99–840 (W.D.Va. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Carl Benit Cooper, pro se. Bruce Howe Hendricks, Office of the United States Attorney, Charleston, SC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Carl Benit Cooper appeals the district court order denying his motion filed under Rule 35(a) of the Federal Rules of Criminal Procedure. We have reviewed the record and the district court order and find no reversible order. Accordingly, we affirm on the reasoning of the district court. *See United States v. Cooper,* No. CR–95–206 (D.S.C. filed Mar. 2, 2001; entered March 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carl Benit COOPER, Defendant–Appellant.**

No. 01–6982.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donald Lee WRAY, Defendant–Appellant.**

No. 01–7035.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.